IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANDLER P. SMITH | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 12-2189 |
| | : | |
| SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of December, 2013, upon consideration of the Defendant's motion to dismiss (Doc. No. 22), the Third Circuit's order vacating a portion of this Court's prior Order granting the motion to dismiss, the parties' submissions regarding the question presented, and for the reasons stated in the accompanying memorandum opinion, it is **ORDERED** that the motion is **DENIED** insofar as it regards Plaintiff's claims for injunctive relief.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**